# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00542-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    EDUARDO RIVAS,
2.    JOSE RIVAS,
3.    IVAN ULLOA,
4.    AUSTIN GILMORE,
5.    JOSE TORRES-URRUTIA,
6.    LUIS AGUERO-SAENZ,
7.    EULISES ALVARADO-CARRILLO,
8.    JOSE LUIS ARROYO,
9.    DAVID CORDOVA,
10.  RONALD ROCHA,
11.  ALEX SISNEROS,
12.  BRITTNEY WILLIAMS,
13.  ANDREW MARTINEZ, and
14.  ISAAC VIGIL,

    Defendants.

## MINUTE ORDER[1]

On **January 7, 2011**, commencing at 10:00 a.m., the court shall conduct a status conference in this matter. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing those defendants who are in custody, their appearances for this hearing.

Dated: November 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.