**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    EDUARDO RIVAS,
2.    JOSE RIVAS,
3.    IVAN ULLOA,
4.    AUSTIN GILMORE,
5.    JOSE TORRES-URRUTIA,
6.    LUIS AGUERO-SAENZ,
7.    EULISES ALVARADO-CARRILLO,
8.    JOSE LUIS ARROYO,
9.    DAVID CORDOVA,
10.  RONALD ROCHA,
11.  ALEX SISNEROS,
12.  BRITTNEY WILLIAMS,
13.  ANDREW MARTINEZ, and
14.  ISAAC VIGIL,

    Defendants.

## MINUTE ORDER[1]

The matter is before the court on defendant Eduardo Rivas' **Motion For a Forthwith Hearing** [#141] filed December 9, 2010.

**IT IS ORDERED** as follows:

1. That the government shall file a response by **December 23, 2010**;

2. That any co-defendants are permitted to file a response by **December 23, 2010**;

3. That on **December 28, 2010**, commencing at 10:00 a.m. the court shall

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

conduct a telephonic setting conference to set this matter for a hearing on the discovery issues; and

      4.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  December 9, 2010