**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   EDUARDO RIVAS,
2.   JOSE RIVAS,
3.   IVAN ULLOA,
4.   AUSTIN GILMORE,
5.   JOSE TORRES-URRUTIA,
6.   LUIS AGUERO-SAENZ,
7.   EULISES ALVARADO-CARRILLO,
8.   JOSE LUIS ARROYO,
9.   DAVID CORDOVA,
10.  RONALD ROCHA,
11.  ALEX SISNEROS,
12.  BRITTNEY WILLIAMS,
13.  ANDREW MARTINEZ, and
14.  ISAAC VIGIL,

    Defendants.

## MINUTE ORDER[1]

On December 28, 2010, the court conducted a telephonic setting conference with counsel for the government, counsel for (1) Eduardo Rivas, and the authorized scheduling representative of counsel for defendant (2) Jose Rivas. Although a hearing date of January 6, 2011, was initially agreed upon, in the interest of judicial economy and consistent with due process, the court instead will address defendant Rivas's **Motion for a Forthwith Hearing Regarding Discovery** [#141] filed December 9, 2010, at the conclusion of the Status Conference currently set for January 7, 2011, at 10:00 a.m.

Dated: December 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.