**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. EDUARDO RIVAS,

      Defendant.

---

### MINUTE ORDER[1]

---

A Notice of Disposition was filed on March 9, 2011. The notice requests that the court enter an order directing the parties to contact chambers to schedule a change of plea hearing. The request is appropriate and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That on **March 15, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing; and

2. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: March 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.