**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     EDUARDO RIVAS,

        Defendant.

**AMENDED PRELIMINARY ORDER OF FORFEITURE ONLY AS TO
DEFENDANT EDUARDO RIVAS**

**Blackburn, J.**

The matter is before me on the **United States' Amended Motion for Preliminary Order of Forfeiture only as to defendant Eduardo Rivas** [#331][1] filed May 24, 2011. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States and defendant entered into a Rule 11(c)(1)(B) Plea Agreement and Stipulation of Facts which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853; and

THAT prior to the disposition of the asset, the United States is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. § 853(n).

---

[1] "[#331]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the **United States' Amended Motion for Preliminary Order of Forfeiture only as to defendant Eduardo Rivas** [#331] filed May 24, 2011, is **GRANTED**;

2. That defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:

    a.   2009 Chevy Malibu, VIN 1G1ZG57B39F205743,

    b.   2007 Chevy Tahoe, VIN 1GNFC13007J222679,

    c.   2007 Jeep Commander, VIN 1J8HG48K47C607581, and

    d.   $9,490.00 in United States Currency.

3. That the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

4. That the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

5. That on adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated June 14, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge